6 A.3d 981

IN THE MATTER OF RODRIGO H. SANCHEZ, AN ATTORNEY AT LAW (ATTORNEY NO. 034892000).

November 18, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–102, concluding that **RODRIGO H. SANCHEZ** of **NEWARK,** who was admitted to the bar of this State in 2001, should be censured for violating *RPC* 8.4(a) (violating or attempting to violate *RPCs* ), *RPC* 8.4(b) (committing criminal act that reflects adversely on lawyer's honesty, trustworthiness or fitness as a lawyer), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **RODRIGO H. SANCHEZ** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **RODRIGO H. SANCHEZ** is hereby censured;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.